**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

DUANE MARTIN,

                **Plaintiff,**

    - against -

CITY OF NEW YORK, *et al.*,

                **Defendants.**

-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/09

**ORDER**

**09 Civ. 3049 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The parties having informed the Court that they have reached a resolution of this action, it is hereby ordered that the above-captioned action be discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                SO ORDERED:

                Shira A. Scheindlin
                U.S.D.J.

Dated:     New York, New York
           July 23, 2009

1

## - Appearances -

**For Plaintiff:**

Richard Cardinale, Esq.
Cardinale & Marinelli
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 624-9391

**For Defendants:**

Caroline Ling-Yu Chen
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007
(212) 788-1106